IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **REYNALDO CONTRERAS** | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **CASE NO. 7:23-cv-00344** |
| **STATE FARM LLOYDS** | § | |
| Defendant | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiff REYNALDO CONTRERAS and Defendant STATE FARM LLOYDS ("Parties"), and file this Joint Notice of Settlement as an advisory to the Court and respectfully state as follows:

1. On February 12, 2024, the Parties entered into an agreement to settle this case.

2. The Parties anticipate that a Release, Indemnity and Settlement Agreement will be executed within 60 days. Once executed, a Joint Stipulation of Dismissal will be filed.

3. The parties respectfully request that any and all settings, including the March 6, 2024, Motion hearing resetting be removed, and all Scheduling order deadlines be vacated from the Court's docket, and that any and all other pretrial deadlines be vacated.

Respectfully submitted,

*/s/ Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
Fed. ID No. 310028/ State Bar No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Fax: 956-928-9564
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Sofia A. Ramon
Fed. ID No. 20871/ State Bar No. 00784811
sramon@ramonworthington.com
Dan K. Worthington
Fed. ID No. 15353/ State Bar No. 00785282
dworthington@ramonworthington.com
Stephen W. Bosky
Fed ID No. 3076205/State Bar No. 24087190
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Fax: 956-928-9564
Electronic Service to:efile@ramonworthington.com
**Attorneys for Defendant**

**-and-**

*/s/ Yusuf S. Ansari*
Yusuf A. Ansari
Fed ID No. 3321478/State Bar No. 24105047
yusuf@ansarilawpllc.com
**ANSARI LAW PLLC**
5450 NW Central Dr. Suite 200
Houston, Texas 77092
yusuf@ansarilawpllc.com
Telephone: 713-510-3505
Fax:         713-268-0930

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that on February 29, 2024, a true and correct copy of the foregoing document has been served on all counsel of record in this cause, to-wit:

Yusuf S. Ansari
Texas Bar No. 24105047
Southern District Bar No. 3321478
5450 NW Central Dr. Suite 200
Houston, Texas 77092
yusuf@ansarilawpllc.com
Telephone: 713-510-3505
Fax:         713-268-0930

*/s/ Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu